IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-37715 |
| John and Jennifer Avila, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Pamela Hollis |

NOTICE OF MOTION

TO:    John and Jennifer Avila, 3714 Oriole Lane, Rolling Meadows, Illinois 60008, *via US mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **April 1, 2015 at 9:30 a.m.**, I shall appear before the Honorable Judge Pamela Hollis at the Federal Courthouse, 219 S. Dearborn, Courtroom 644, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:    /s/ *David H. Cutler*_
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on March 6, 2015 before the hour of 6:00 p.m.

By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-37715 |
| John and Jennifer Avila, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Pamela Hollis |

### MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COME the Debtors, by and through their attorneys, the law office of CUTLER & ASSOCIATES, and in support of their Motion, state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on 10/17/14.

3. The Debtors' Plan was confirmed on 2/11/15 with a plan payment of $940 monthly with unsecured creditors receiving 31% of the unsecured filed proof of claims.

4. The confirmed Plan provides that the Debtors shall surrender the 2014 Subaru vehicle to Bank of America with a payment of $322.41 monthly and that the Debtors shall keep and make payments for the 2015 Subaru vehicle to Subaru Motor Finance in the amount of $581.72.

5. However, the Debtors need to keep both vehicles because both of them need a separate vehicle for everyday use and to commute to and from work.

6. The Debtors seek to modify their Plan post-confirmation to provide that they will be keeping the 2014 Subaru vehicle and making the monthly payments directly to Bank of America in the amount of $322.41.

2

7. The Debtors seek to modify their Plan post confirmation to decrease their plan payment from $940 to $500 for 58 months and $832 for 2 months with unsecured creditors receiving 14% of their unsecured filed proof of claims.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation; and for such further relief that this Court may deem just and proper.

Dated: March 6, 2015                    Respectfully Submitted,

                                        By:    /s/ David H. Cutler
                                               David H. Cutler, esq.,
                                               Counsel for Debtor(s):
                                               Cutler & Associates, Ltd.
                                               4131 Main St.,
                                               Skokie, IL 60076
                                               Phone: (847) 673-8600