UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-37715 |
|---|---|---|
| John and Jennifer Avila | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTORS'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation with the following provisions:
a) to provide for a monthly payment of $650 for 53 months starting April 2015, and a payment of $972 for 2 months starting September 2019 until the end of the Plan ; AND
b) to provide in Section G of the Plan that the Debtors shall be making monthly payments directly to the Creditor Bank of America for the underlying loan on the 2014 Subaru Forrester vehicle.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 15, 2015

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600